In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00025-CV**
_____

**IN RE KELLY SELMER**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator, Kelly Selmer, filed a petition for writ of mandamus and request for temporary relief. On January 24, 2013, the relator filed a motion to dismiss the petition on the ground that the issue raised in the petition has been resolved. Accordingly, we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered February 7, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.

1